# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| TYRONE HURT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Docket no. 1:14-cv-416-GZS ) |
| FNU LNU, et al., | ) ) |
| Defendants. | ) |

## ORDER OF DIMISSAL

Before the Court is Plaintiff's Application to Proceed In Forma Pauperis, the Application is GRANTED. Upon the Court's review of the Complaint, the Court concludes the case must be DISMISSED in accordance with 28 U.S.C. § 1915(e)(2).

To the extent that the handwritten Complaint contains any discernable allegations, it appears that Plaintiff is attempting to bring an action against persons working in the office of the Attorney General in the District of Columbia. Plaintiff is also a self-declared citizen of the District of Columbia. His short Complaint appears to allege that actions taken by the D.C. Police Department violate the Fourth Amendment. First, the Court fails to see how there is any such claim between the named parties that is properly brought in the District of Maine. Second, the Complaint simply fails to allege any facts that give rise to a plausible claim of a constitutional violation. Thus, the Court concludes the present Complaint fails to state a claim and must be DISMISSED. Additionally, the Court certifies that any appeal from this Order would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 19th day of November, 2014.